FILED
August 23, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>             Plaintiff,    )<br>v.                                       )<br>  )<br>Dau Venh Lieng,               )<br>  )<br>_____)<br>             Defendant. | Case No. 1:05-mj-161 DLB<br><br>ORDER FOR TEMPORARY RELEASE<br>OF PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Dau Venh Lieng</u> Case No. <u>1:05-mj-161 DLB</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __  Release on Personal Recognizance

     __  Bail Posted in the Sum of _____

     _X_  $80,000 Unsecured Bond to be replaced by Secured Appearance Bond secured by real property within 1 week

     __  Appearance Bond with 10% Deposit

     __  Appearance Bond secured by Real Property

     __  Corporate Surety Bail Bond

     _X_  (Other) <u>PTS conditions/release</u>

Issued at <u>Sacramento, CA</u> on <u>8/23/06</u>    at  3:20 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge