Received at: 2:58PM, 10/11/2006

OCT-11-2006 WED 02:56 PM                           FAX NO.                          P. 02/04

%AO 98  (Rev. 12/03) Appearance Bond

# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

**FILED**
OCT 0 6 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA
V.

DAU VENH LIENG

Defendant

**APPEARANCE BOND**

Case Number: 1:05-CR-277 AWI

☐ Non-surety: I, the undersigned defendant acknowledge that I and my ...
☐ Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __80,000.00__ , and there has been deposited in the Registry of the Court the sum of
$ _____ in cash or __DEED OF TRUST__ (describe other security.)

The conditions of this bond are that the defendant __DAU VENH LIENG__
                                                       (Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __August 29, 2006__ at __San Francisco__
                              Date                     Place

Defendant __DAU VENH LIENG__ /s/ _____ Address ████████

Surety __DIANA LIENG__ /s/ Diana Lieng _____ Address ████████

Surety _____ Address _____

Signed and acknowledged before me __08-29-2006__
                                         Date

                                                            /s/ Judge/Clerk

Approved _____

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at ███████████████████████████████████

_____ ; and that my net worth is the sum of

$80,000.00 _____ dollars ($ 80,000.00 ).

I further state that
I am the owner of said property offered as bond

_Diana Ling_
Surety

Sworn to before me and subscribed in my presence on __08-29-2006__
Date

at __SAN FRANCISCO, CALIFORNIA_____
Place

_____          _____
Name and Title                           Signature of Judge/Clerk

---

I, the undersigned surety, state that I reside at _____

_____ ; and that my net worth is the sum of

_____ dollars ($ _____ ).

I further state that

_____
Surety

Sworn to before me and subscribed in my presence on _____
Date

at _____
Place

_____          _____
Name and Title                           Signature of Judge/Clerk

Justification Approved: _____
Judge

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __SAN FRANCISCO__ } ss.

On __08-29-2006__ before me, __ABIGAIL CHIN__, Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared __DIANA LIENG__
Name(s) of Signer(s)

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[Notary seal: ABIGAIL CHIN, Commission # 1633004, Notary Public - California, San Francisco County, My Comm. Expires Jan 7, 2010]

Signature of Notary Public

――――――――― OPTIONAL ―――――――――

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: __APPEARANCE BOND__

Document Date: __08-29-2006__              Number of Pages: __2__

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer**

Signer's Name: _____

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827