DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAU VENH LIENG, <br><br> Defendant | Case No.: 1:05 CR 277 AWI <br><br> WAIVER OF APPEARANCE FOR DEFENDANT DAU VENH LIENG |

I, DAU VENH LIENG, hereby waive the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, empanelment of jury, trial, and imposition of sentence.  I request that the court proceed during every absence the court may permit pursuant to this waiver.  I agree that my interests will be deemed represented at all times by the presence of my attorney, the same as if I were personally present, and I further agree to be present in court, ready for hearing, any day and hour the court may fix in my absence.

I have been informed of my rights under the Speedy Trial Act, 18 U.S. C. §§ 3161-3174, and I authorize my attorney to set times and delays under the Act without me being present.

Dated:  12-12-06                                                /s/ Dau Venh Lieng
                                                                                Defendant

I concur with Mr. Lieng's decision to waive his appearance at preliminary proceedings.

                                                                                Respectfully submitted,

Dated:  12-12-06                                                /s/ Danny D. Brace, Jr.
                                                                                Attorney for Defendant

### ORDER

IT IS SO ORDERED.

**Dated:    December 13, 2006**                            /s/ **Anthony W. Ishii**
0m8i78                                                              UNITED STATES DISTRICT JUDGE