DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DAU VENH LIENG,<br><br>　　　　　Defendant | Case No.:  1:05-cr-00277-AWI<br><br>REQUEST FOR ORDER AND ORDER EXONERATING BOND |

TO:  THE JUDGE OF THE ABOVE ENTITLED COURT AND TO THE UNITED STATES ATTORNEY:

　　　On or about October 6, 2006, an $ 80,000.00 appearance bond, secured by a deed against the real property of  Diana Lieng, was posted on behalf of Dau Venh Lieng, Case No. 1:05-cr-00277-AWI.  Mr. Lieng had been arrested in this district based upon and Indictment filed in this district.

　　　On  May 14, 2007, Mr. Lieng was sentenced in this case to a six month sentence, to be served on home confinement, with  3 years supervised probation.  A copy of that Judgment order is attached as an exhibit to this request.

It is hereby requested that the $ 80,000.00 secured appearance bond be exonerated in the above captioned case and that the Clerk of the District Court be directed to reconvey back to the Trustors the deed of trust received by the Clerk on or about October 6, 2006.

Dated:  6-12-07

                                          Respectfully submitted,

                                          _____/s/_____
                                          DANNY D. BRACE, JR.
                                          Attorney at Law

## **ORDER**

IT IS HEREBY ORDERED that the bail bond in the amount of $ 80,000.00 posted by Diana Lieng and secured by a Deed of Trust for her home, located at 8280 Winkler Way, Sacramento, CA  95828 is hereby exonerated.

IT IS SO ORDERED.

**Dated:   June 13, 2007**                            _____**/s/ Anthony W. Ishii**_____
                                                      UNITED STATES DISTRICT JUDGE