PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  1:05CR00277-002** |
| ) | |
| **Dau Venh LIENG** ) | |

On May 14, 2007, the above-named was placed on probation for a period of 3 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Cynthia J. Mazzei
**Cynthia J. Mazzei**
**Senior United States Probation Officer**

Dated:     December 22, 2009
           Sacramento, California
           CJM

**REVIEWED BY:**     /s/Kyriacos M. Simonidis
           **Kyriacos M. Simonidis**
           **Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    LIENG, Dau Venh**
       **Docket Number:   1:05CR00277-002**
       **ORDER TERMINATING PROBATION**
       **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

CJM

Attachment:    Recommendation

cc:    United States Attorney's Office

IT IS SO ORDERED.

**Dated:   December 22, 2009**           **/s/ Anthony W. Ishii**
                                      CHIEF UNITED STATES DISTRICT JUDGE